UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DALTON J. TENANT,**

      **Plaintiff,**

v.                                               Case No: 6:19-cv-2165-Orl-41DCI

**DISCOVERY AVIATION, INC. and**
**MAGOMED MAGOMEDOV,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion," Doc. 13). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation ("R&R," Doc. 15) in which he recommends granting the Joint Motion; striking the overly broad release provision in the Settlement Agreement (Doc. 13 at 7–8); otherwise approving the Settlement Agreement, including the amount of attorney's fees; and dismissing the case with prejudice. (Doc. 15 at 6–7).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 13) is **GRANTED in part**.

    a. The Settlement Agreement (Doc. 13 at 6–10) is **APPROVED in part**.

    b. The second sentence of paragraph three of the Settlement Agreement is **STRICKEN**.

    c. As modified herein, the Settlement Agreement is otherwise **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record